UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JONI WETZEL,                           )
                                       )
                    Plaintiff,         )
                                       )   CASE NO.:   1:22-cv-1468- TAB-JMS
          v.                           )
                                       )
WALMART STORES EAST, LP,               )
                                       )
                    Defendant.         )

## ORDER ON STIPULATION OF DISMISSAL

Parties, by counsel, having filed their Stipulation of Dismissal, and the Court, having examined said Stipulation of Dismissal and being duly advised in the premises, now grants the stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Stipulation of Dismissal pertaining to WALMART STORES EAST, LP is hereby granted.

Date: 7/10/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.